IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUFINO A. VILLARREAL, | ) | 8:06CV337 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GMAC MORTGAGE and | ) | |
| XUAN TRAN VILLARREAL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on plaintiff's petition for temporary restraining order. Having carefully considered the matter,

IT IS ORDERED that the plaintiff's petition for temporary restraining order (filing 1) is denied.

April 28, 2006.            BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge